UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN HAYES, on behalf of herself and on behalf of a class comprised of the other similarly situated former employees of Defendants,<br><br>           Plaintiff,<br><br>v.<br><br>ACCREDITED HOME LENDERS HOLDING CO., et al.,<br><br>           Defendants. | Civil No. 07cv1799-LAB (BLM)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

On November 19, 2007 at 1:30 p.m. the Court convened an Early Neutral Evaluation Conference ("ENE") in the above-entitled action. Appearing were Helen Hayes, Vance McCravy and Fern Steiner on behalf of Plaintiff and Gregg Sindici and Michelle Adams on behalf of Defendants.

Settlement of the case could not be reached at the ENE and the Court therefore discussed compliance with Rule 26 of the Federal Rules of Civil Procedure. Based thereon, the Court issues the following orders:

    1.    Any objections made to initial disclosure pursuant to

1  Rule 26(a)(1)(A-D) are overruled, and the parties are ordered to
2  proceed with the initial disclosure process.  Any further objections
3  to initial disclosure will be resolved as required by Rule 26;
4       2.   The Rule 26(f) conference shall be completed on or
5  before **December 3, 2007**;
6       3.   A joint discovery plan shall be <u>lodged</u> with Magistrate
7  Judge Barbara L. Major on or before **December 10, 2007**;
8       4.   Initial disclosures pursuant to Rule 26(a)(1)(A-D) shall
9  occur on or before **December 14, 2007**; and,
10      5.   A Case Management Conference pursuant to Rule 16(b)
11 shall be held on **December 18, 2007** at **1:30 p.m.**, or as soon
12 thereafter as the Court's calendar will allow, with the chambers of
13 Magistrate Judge Major.  **Counsel shall appear telephonically.**  The
14 Court will initiate the conference call.
15      Parties are hereby warned that failure to comply with this
16 Order may result in the imposition of sanctions.  Additionally,
17 failure to respond to discovery requests or to comply with the
18 Federal Rules of Civil Procedure regarding discovery may result in
19 the imposition of sanctions including monetary sanctions, eviden-
20 tiary sanctions and the dismissal or default of your case.
21      **IT IS SO ORDERED.**
22 DATED:   <u>November 19, 2007</u>

                              _____
                              BARBARA L. MAJOR
                              United States Magistrate Judge

COPY TO:

HONORABLE LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE

ALL COUNSEL AND PARTIES